DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSA ALVAREZ,** as Personal Representative of the **ESTATE OF ARNALDO LUIS AGUERO BENITEZ,**
Appellant,

v.

**MARK CUNNINGHAM; THE FARMS PROPERTY OWNERS ASSOCIATION, INC.;** and **AR CHOICE MANAGEMENT, INC.,**
Appellees.

No. 4D19-707

[June 4, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 2017CA000080.

Anthony J. Soto of Rubenstein Law, Miami, Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., N. Palm Beach, for appellees The Farms Property Owners Association, Inc., and AR Choice Management, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***